**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CRIMINAL CASE NO. 2:14-cr-23-MR**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Appellee, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| **DAVID CHADWICK CRISP,** | ) | |
| Appellant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Appellant's Notice of Appeal [Doc. 2] and the Appellant's Motion to Stay Sentence. [Doc. 3].

On October 2, 2014, the Appellant David Chadwick Crisp was named in each count of an eighteen-count Amended Bill of Information filed by the United States Attorney in this District. [Doc. 1]. The Amended Bill of Information alleged Appellant committed misdemeanor violations of various state and federal fish and wildlife laws. [Id.].

On October 17, 2014, the Appellant entered pleas of guilty to Counts 1, 4, 5, 6, 8, and 9 of the Amended Bill of Information before the Honorable Dennis L. Howell, United States Magistrate Judge. [Doc. 1-1 at 2]. Based upon Appellant's conviction for these offenses, the Magistrate Judge sentenced Appellant to, inter alia, four 5-month terms of imprisonment,

consecutive to one another on Counts 4, 5, 6, and 8, as well as one year of probation on Count 9 to begin at the end of the Appellant's imprisonment. [Doc. 1-1 at 1]. The Appellant, who was represented by counsel before the Magistrate Judge, timely filed both a Notice of Appeal [Doc. 2], and Motion to Stay Sentence. [Doc. 3].

A timely notice of appeal having been filed, the Court therefore will enter a scheduling order for the briefs on appeal. The Court further will stay the Appellant's sentence of imprisonment pending the resolution of this appeal. See Fed. R. Crim. P. 38(b)(1); Fed. R. Crim. P. 58(g)(3).

**IT IS, THEREFORE, ORDERED** that the Appellant shall file his brief on appeal on or before thirty (30) days from the entry of this Order. The Appellee shall file its brief on or before thirty days (30) from the filing of the Appellant's brief.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Stay Sentence [Doc. 3] is **GRANTED**, and the execution of the sentence of imprisonment is hereby stayed during the pendency of the appeal.

**IT IS SO ORDERED.**

Signed: October 31, 2014

Martin Reidinger
United States District Judge